IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RONALD E. GERBIG,

                Plaintiff,                          ORDER

       v.                                        09-cv-330-bbc

ALL BANKS and BANK CEO's
in WISCONSIN,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RONALD E. GERBIG,

                Plaintiff,                          ORDER

      v.                                        09-cv-331-bbc

SERGEON GENERAL and
ATF,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RONALD E. GERBIG,

                    Plaintiff,                          ORDER

      v.                                         09-cv-333-bbc

ASSOCIATED BANK,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

These are three proposed civil actions. Plaintiff Ronald Gerbig seeks leave to proceed without prepayment of fees and costs or providing security for such fees and costs, pursuant to 28 U.S.C. § 1915. I am unable to conclude from the answers on plaintiff's affidavits of indigency whether he is indigent. However, because plaintiff's complaints must be dismissed, I will not require plaintiff to submit new affidavits of indigency.

In addressing any pro se litigant's complaint, the court must construe the complaint liberally, Haines v. Kerner, 404 U.S. 519, 521 (1972). The court will grant leave to proceed if there is an arguable basis for a claim in fact or law. Neitzke v. Williams, 490 U.S. 319, 325 (1989). When a complaint contains factually baseless claims, such as those "describing fantastic or delusional scenarios," a district court can properly deny a plaintiff leave to proceed. Id. at 327-28. "[A] finding of factual frivolousness is appropriate when the facts alleges rise to the level of the irrational or the wholly incredible . . . ." Denton v. Hernandez,

2

504 U.S. 25, 33 (1992).

As the sampling of plaintiff's allegations set forth below reveal, plaintiff's complaints fit this description.

- Case No. 09-cv-330-bbc:

    President Obama said that all social security recipient were to receive $250 extra money this month and get a raise.  Nobody calls my president a liar without serving a sentence for High Treason.  Former Presidents excluded.

    I want all banks fined $5000 a piece for treason.

- Case No. 09-cv-331-bbc:

    The Sergeon Generals warning is criminal fraud chargeable by $5000 per pack all the way back to 1972.  Nicotine acid is Vitamin B, Atropine + Scopolomine clean the blood of Chlorine, Florine, Pesticides, +Herbicide.

    The tests that were run on rats were the equivalent of 280,000 cigarettes a day for 6 months.

    Cigarettes cure cancer in reasonable amounts, by cleaning blood.  They also assist the brain in thinking clearly.

- Case No. 09-cv-333-bbc:

    Over a year ago I received a legal money transfer for $150,000,000.  Under F.D.I.C. rules There's a charge of Fraud, Extortion , Misappropriation of funds + Gross Mismanagement on All CEO's and managers of said bank is at least $100,000 of said money isn't in my account available immediately.

    Find my dollar bills.  There are $560,000,000,000 missing.

3

Plaintiff's allegations concerning possible treason and fraud describe fantastic or delusional scenarios. In addition, plaintiff's allegation that a bank stole $150,000,000 from him is wholly incredible. Because I am convinced that plaintiff's three complaints allege only factual baseless claims, I must deny his request for leave to proceed in forma pauperis and dismiss these cases.

ORDER

IT IS ORDERED that plaintiff Ronald E. Gerbig's request for leave to proceed in forma pauperis in the above three cases is DENIED and the cases are DISMISSED because the allegations of his complaints are legally frivolous. The clerk of court is directed to enter judgment for defendants All banks and bank CEO's in Wisconsin, Sergeon General, ATF and Associated Bank and close these cases.

Entered this 29th day of May, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge